UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **CARDELL MITCHELL** | **CIVIL DOCKET NO. 1:21-CR-0300** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **UNITED STATES OF AMERICA** | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |

## JUDGMENT

For the reasons contained in the REPORT AND RECOMMENDATION [Doc. 73] of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED Mitchell's judgment of conviction be REINSTATED on the docket of the court, from which point the time for his appeal shall run.

IT IS FURTHER ORDERED that Mitchell's § 2255 MOTION [Doc. 51] is DISMISSED WITHOUT PREJUDICE AS MOOT.

THUS DONE AND SIGNED in Chambers on this 11th day of September, 2024.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE